In the Matter of EMILY CARROLL et al.—Application to appeal as a poor person and for assignment of counsel denied without prejudice to appellant to move before the Steuben County Surrogate's Court for permission to proceed as a poor person pursuant to CPLR 1101 (subd [a]), (see *Jenks v Murphy,* 21 AD2d 346), there being no statutory provision permitting this court to assign counsel to conduct appeals from decrees of the Surrogate's Court.